**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WE ARE AMERICA, *et al.* | |
| Plaintiffs, | No. CIV 06-2816-PHX-RCB |
| vs. | |
| | RULE 16 SCHEDULING ORDER |
| MARICOPA COUNTY BOARD of SUPERVISORS, *et al.,* | |
| Defendants. | |

A Scheduling Conference having been held on October 17, 2011,

**IT IS HEREBY ORDERED:**

1. Fed.R.Civ.P. 26(a)(1) initial disclosures shall be made not later than November 18, 2011.

2. The parties have exchanged initial discovery requests, and will, if desired, supplement those requests on or before October 17, 2011.  The parties will simultaneously exchange answers to such discovery 45 days thereafter, or by December 1, 2011.

1    3.   Fed.R.Civ.P. 26(a)(2) expert disclosure shall be
2 made as follows:
3         a.   Plaintiffs shall disclose their expert
4 witnesses, if any, and their reports, not later than May 30,
5 2012.
6         b.   Defendants shall disclose their expert
7 witnesses, if any and their reports, not later than June 15,
8 2012.
9         c.   Any rebuttal expert witness disclosures shall
10 be completed by no later than July 30, 2012.
11         d.   Expert witness depositions shall be completed
12 by September 15, 2012.
13    4.   Fact witness depositions shall be completed by
14 May 31, 2012.
15    5.   All other discovery pursuant to Fed.R.Civ.P. 30,
16 31, 33, 34, 35 and 36, including supplements thereto, shall
17 be completed by September 15, 2012.  As Fed.R.Civ.P.
18 33(a)(1) allows, at this juncture the court will not limit
19 the number of interrogatories.  Nor at this juncture will
20 the court limit the parties' respective requests for
21 production, if any, or requests for admissions, if any.  If
22 a party deems that service of any of the foregoing by
23 another party constitutes an abuse of the discovery process,
24 that party shall file a motion accordingly.
25    In that respect, the parties are directed to LRCiv
26 7.2(j), which prohibits filing discovery motions unless
27 parties have first met to resolve any discovery
28 difficulties.  If the parties cannot reach a resolution,

they are directed to first arrange a conference call with the Court to attempt to resolve the matters.

This order contemplates that each party will conduct discovery in such a manner as to complete discovery within these deadlines.  Therefore, all discovery should be sought within time sufficient to permit responses by the deadlines. "Last minute or eleventh hour" discovery which results in insufficient time to complete discovery or to undertake additional discovery and which requires an extension of a discovery deadline is disfavored, and could result in denial of an extension, exclusion of evidence, or the imposition of other sanctions.

6.  Given the parties' respective views regarding initially exploring a possible settlement, as indicated during the October 17, 2011, Rule 16 Scheduling Conference, the parties are directed to submit a brief joint letter to the court concerning status of settlement discussions containing no specific settlement terms or offers.

7.  All dispositive motions shall be filed by October 1, 2012.  The last day to file responses to motions for summary judgment or other dispositive motions shall be November 1, 2012.  The last day to file replies, if any, in support of summary judgment or other dispositive motions shall be November 19, 2012.

8.  All pretrial disclosure pursuant to Fed.R.Civ.P. 26(a)(3)(A) shall be served and filed not later than January 15, 2013.  Objections pursuant to Fed.R.Civ.P. 23(a)(3)(B) shall be served and filed no later than February 1, 2013.

9. A joint proposed pretrial order shall be lodged by October 15, 2012. If dispositive motions are filed, then this pretrial order shall be due either on the above date or thirty (30) days following ruling on the motions, whichever is later. The content of the proposed pretrial order shall include, but not be limited to, that prescribed in a standard form of Pretrial Order which will be given to counsel at the Scheduling Conference. Statements made shall not be in the form of a question, but should be a concise narrative statement of each party's contention as to each uncontested and contested issue.

10. The attorneys for each party who will be responsible for trial of the lawsuit shall appear and participate in a Pretrial Conference on Monday, February 4, 2013, at 10:30 a.m., in Courtroom 606, Sixth Floor, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona. A trial date and any other necessary deadlines will be set at the Pretrial Conference.

DATED this 21st day of October, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

copies to all counsel of record