**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| WE ARE AMERICA/SOMOS AMERICA COALITION OF ARIZONA; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS, *et al.*,<br><br>Defendants. | No. CV06-2816-PHX-RCB<br><br>[PROPOSED] ORDER DISMISSING PARTIES<br><br>[Fed.R.Civ.Proc. 41(a)(1)(A)(ii)] |

/ / /

1    Pursuant to stipulation of the parties,

2    IT IS HEREBY ORDERED that the claims of plaintiffs Friendly House, Cecilia Menjivar,
3    and Kyrsten Sinema be dismissed pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(ii) with
4    prejudice; that Friendly House, Cecilia Menjivar, and Kyrsten Sinema be dismissed as
5    parties to this action; each side to bear its own costs.

6    DATED this 3rd day of May, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Center for Human Rights & Constitutional Law Foundation