**WO**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| We Are America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Maricopa County Board of Supervisors, *et al.*, <br><br> Defendants. | NO.: CV06-2816-PHX-RCB <br><br> **[PROPOSED] ORDER RE THE PARTIES' STIPULATION TO EXTEND TIME FOR DEPOSITIONS OF NON-EXPERT WITNESSES** |

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED granting an extension of time for the parties to depose non-expert witnesses until and including June 30, 2012.

DATED this 3rd day of May, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

SCHMITT, SCHNECK, SMYTH,
CASEY & EVEN, P.C.
Professional
Corporation