IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| We Are America, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Maricopa County Board of Supervisors, *et al.*,<br><br>　　　　　Defendants. | NO.: CV06-2816-PHX-RCB<br><br>**[PROPOSED] ORDER RE THE PARTIES' STIPULATION TO EXTEND TIME FOR DEPOSITIONS OF NON-EXPERT WITNESSES** |

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED granting an extension of time for the parties to depose non-expert witnesses until and including August 31, 2012, and for the filing of dispositive motions until and including October 1, 2012.

DATED this 20th day of June, 2012.

_____
Robert C. Broomfield
Senior United States District Judge