1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos Holguin (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 S. Occidental Blvd.
Los Angeles, CA  90057
Telephone:  213.388.8693
Facsimile:  213.386.9484
Email: crholguin@centerforhumanrights.org
pschey@centerforhumanrights.org

H. Michael Clyde (Az. Bar No. 009647)
PERKINS COIE BROWN & BAIN P.A.
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
Email: MClyde@perkinscoie.com

Attorneys for Plaintiffs

*Additional counsel listed on continuation page*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| WE ARE AMERICA/SOMOS AMERICA COALITION OF ARIZONA; *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MARICOPA COUNTY BOARD OF SUPERVISORS, *et al*., <br><br> Defendants. | No. CV06-2816-PHX-RCB <br><br> PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. <br><br> [Local Rule Civ 56.1(a)] <br><br> Hon. Robert C. Broomfield |

/ / /

*Plaintiffs counsel continued:*

RAY VELARDE (TX BAR # 20539950)
LULAC NATIONAL LEGAL ADVISER
1216 Montana
El Paso, TX 79902
Telephone: (915) 373-6003
Email: rayvelarde2003@yahoo.com


DAN BALLECER (AZ BAR #15616)
1095 E. Indian School Road
Phoenix, AZ 85014
Telephone: (602) 277-0044
Facsimile: (602) 277-1097
Email: dballecer@cox.net


ANTONIO BUSTAMANTE (AZ BAR #7256)
1001 N. Central Avenue Suite 660
Phoenix, AZ 85014
Telephone: (602) 277-0044
Facsimile: (602) 277-1097
Email: antonio_b@qwest.net


*Attorneys for Plaintiffs*

1

2

3          1. In 2005 the Arizona state legislature enacted Ariz. Rev. Stat. § 13-2319. The

4  minutes of the House Judiciary Committee record the following:

5          Mr. Paton advised this legislation is the result of discussions with a number of his
           constituents. He said there is a growing human tragedy along Arizona's southern
6          border. This bill attempts to deal with both situations of people coming into this
           country looking for work as well as people who are living in the path of immigration.
7          People who are involved in trafficking, referred to as *coyotes*, are operating with
           impunity in this area and there is a culture of lawlessness growing up around that. He
8          stated that lawlessness is compromising national security and exploiting people who
           are trying to enter into this country. …
9

10         Mr. Paton stated that there are no state laws against the actual *coyote* smuggling
           activity. This bill attempts to give local law enforcement the ability to stop this
11         activity from happening and to prosecute on both the federal and state level. He
           reminded Members that the U.S. Attorney's Office in southern Arizona has not been
12         prosecuting *coyotes*.

13

14  Minutes of the Committee on Judiciary re: H.B. 2539, Arizona House of Representatives,

15  47th Legislature, First Regular Session (February 10, 2005).

16         2. On September 29, 2005, defendant County Attorney announced that his office

17

18  would prosecute not only actual *coyotes*, but also non-smuggler migrants—"people who are

19  trying to enter into this country" and whom, in the legislature's view, actual smugglers

20  "exploit"—who agree to pay for their own transport on the theory that such migrants have

21  conspired to violate § 13-2319. Plaintiffs' Exhibit 5 in Support of Summary Judgment (SJ

22
    Exhibits) [Maricopa County Attorney Opinion 2005-002, Sept. 29, 2005, *reprinted at*
23

24  Exhibit 6 to Deposition of Vicki Kratovil (Kratovil Exhibits)]. This initiated the Maricopa

25  Migrant Conspiracy Policy (MMCP) at issue in this action.

26         3. By June 10, 2011, Maricopa County Sheriff's deputies had arrested at least 1,800

27
    non-smugglers for conspiring to violate § 13-2319. SJ Exhibit 2 [Maricopa County Sherriff's
28

Center for Human Rights &
Constitutional Law Foundation

Office HSU Stats, June 23 2010, *reprinted at* Exhibit 1 to Deposition of Joseph Arpaio, August 23, 2012 (Arpaio Exhibits)]; SJ Exhibit 1 [Deposition of Joseph Arpaio, August 23, 2012, (Arpaio), at 9-10].

4. As of March 2010, the Maricopa County Attorney's office had prosecuted 1,357 non-smugglers for conspiracy to violate § 13-2319. SJ Exhibit 3 [Email from M. Mitchell to G. Chavez, January 6, 2012].

5. Defendants continue to target arrest and prosecute non-smugglers for conspiring to transport themselves in violation of  Ariz. Rev. Stat. § 13-2319. Arpaio at 31.

6. Maricopa County is the only one of Arizona's 15 counties known to arrest and prosecute non-smuggler migrants for conspiring to transport themselves in violation of § 13-2319. SJ Exhibit 6; Kratovil at 26; Arpaio at 30.

7. Defendants deem federal immigration law and policy irrelevant to their implementation of the MMCP. Kratovil at 26-37; Arpaio at 37-38.

8. In 2009 the federal government cancelled Maricopa County's "street level", Arpaio at 90-91, and in 2011 the county's "jail house" agreements under 8 U.S.C § 1357(g). *Id*. at 66-67.

9. The federal government's cancelling Maricopa County's agreements under 8 U.S.C § 1357(g) did not concern defendant Arpaio "because I still have the state laws to enforce." Arpaio at 94. Defendants Sheriff's Office has not requested the federal government reinstate its agreements under 8 U.S.C § 1357(g). Arpaio at 91.

Center for Human Rights &
Constitutional Law Foundation

10. The federal government's cancelling Maricopa County's agreements under 8 U.S.C § 1357(g) has not substantially altered defendants' day-to-day activities against suspected unauthorized entrants. Arpaio at 58.

11. The MMCP criminalizes foreign nationals independently of federal law and policy. SJ Exhibit 6 [Maricopa County Attorney, News Release, December 2, 2007]; SJ Exhibit 7 [Thomas, A., "Two Conspiracies, Two Sets of Good News, undated]; Arpaio Exhibit 4. In carrying out the MMCP, neither defendant Sheriff nor defendant County Attorney take into account federal policies, federal officials' discretion, federal preferences, or foreign affairs. Arpaio at 76, 37-38, 73-74; Kratovil at 36-37.

12. Defendant County Attorney's Office's does not regularly request or obtain federal confirmation that a person arrested pursuant to the MMCP is present in violation of federal immigration law before charging him or her with conspiracy to violate Ariz. Rev. Stat. § 13-2319. Kratovil at 19.

13. Defendant County Attorney has urged state court judges to declare defendants "illegal aliens," thus bypassing the need for federal verification that an individual prosecuted pursuant to the MMCP is an unauthorized entrant. SJ Exhibit 7.

14. Defendants do not require that an individual arrested and prosecuted under the MMCP have conspired to transport themselves in furtherance of a violation of federal law. Kratovil at 11-12.

15. By convicting persons under the MMCP defendants seek to thwart federal officials from exercising discretion to grant unauthorized entrants lawful status in the United States. SJ Exhibit 6.

16. Non-smuggler migrants changed with conspiracy to violate Ariz. Rev. Stat. § 13-2319 are generally ineligible for pre-trial release on bail. Kratovil at 41.

October 1, 2012.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

By s/ Carlos Holguín
 Carlos Holguín
 256 S. Occidental Blvd.
 Los Angeles, CA  90057


PERKINS COIE BROWN & BAIN P.A.
H. Michael Clyde
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788

LULAC National Legal Adviser
Ray Velarde
1216 Montana
El Paso, TX 79902

Dan Ballecer
1095 E. Indian School Road
Phoenix, AZ 85014

Antonio Bustamante
1001 N. Central Avenue Suite 660
Phoenix, AZ 85014

Attorneys for Plaintiffs

/ / /

1

**CERTIFICATE OF SERVICE**

2          ⊠      I hereby certify that on October 1, 2012, I electronically transmitted the

3   attached document to the following CM/ECF registrants:  Timothy James Casey,

4   timcasey@azbarristers.com.

5

6

7                                    s/ Carlos Holguin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Center for Human Rights &
Constitutional Law Foundation