# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| We Are America, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Maricopa County Board of Supervisors, *et al.*,<br><br>        Defendants. | NO.:  CV06-2816-PHX-RCB<br><br>**[PROPOSED] ORDER RE THE PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED that Defendants shall have until, and including, October 30, 2012 to file their Response to Plaintiffs' Motion for Class Certification (Dkt#122).

DATED this 18th day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge