WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| WE ARE AMERICA/SOMOS AMERICA COALITION OF ARIZONA; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS, *et al.*,<br><br>Defendants. | No. CV 06-2816-PHX-RCB<br><br>ORDER ON STIPULATION TO ELARGE TIME TO FILE MEMORANDUM AND DOCUMENTATION IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS. |
|---|---|

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that plaintiffs shall have until, and including, April 7, 2014, to serve and file a memorandum and documentation in support of their motion for attorney's fees and non-taxable costs (Dkt. No. 141).

DATED this 3rd day of February, 2014.

_____
Robert C. Broomfield
Senior United States District Judge